UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kelly Williamson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12847-DRH |
| *Karma A. Wilson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13145-DRH |
| *Kimberly R. Wood v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12022-DRH |
| *Ashley Woolf v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10616-DRH |
| *Angie York v. Bayer Corporation et al* | No. 10-cv-10701-DRH |
| *Nicole Marie Young v. Bayer Corporation et al* | No. 10-cv-12312-DRH |
| *Amanda Zenuh v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13625-DRH |
| *Andrea Valdez et al v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11031-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
        **Deputy Clerk**

**Dated:**  August 15, 2014

David R. Herndon
2014.08.15
06:15:45 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**